IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 24CR0059-JMC |
| | ) MOTION TO MODIFY CONDITIONS |
| | ) OF TRAVEL RESTRICTIONS |
| ROBERT COLELLO, | ) |
| | ) |
| Defendant. | ) |

Defendant, ROBERT COLELLO. by and through his counsel of record, Marc B. Geller, A.P.C., hereby moves this court to enlarge travel restrictions to permit the defendant to travel with family on a Carnival Cruise from Los Angeles to Cabo San Lucas, round trip. The cruise departs from Los Angeles on March 26, 2024, and returns on March 31, 2024. Mr. Colello's parents purchased this trip to celebrate his graduation. Mr. Colello's pretrial services officer has no objection to this request.

DATED: March 7, 2024

Respectfully submitted,
/s/ *Marc B. Geller*
MARC B. GELLER
Attorney for Defendant
**ROBERT COLELLO**