UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-cr-59 |
| : | |
| ROBERT COLELLO, : | |
| : | |
| Defendant. : | |

**UNITED STATES' POSITION ON DEFENDANT'S MOTION
TO MODIFY THE CONDITIONS OF RELEASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this position on the defendant's Motion To Modify Conditions of Travel Restrictions.  *See* ECF No. 12.  The United States has conferred with counsel for the defendant, and the United States does not oppose the defendant's motion.

Date: March 7, 2024

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                UNITED STATES ATTORNEY
                                                D.C. Bar No. 481052

By:    */s/ Anthony W. Mariano*
          ANTHONY W. MARIANO
          MA Bar No. 688559
          Trial Attorney, Detailee
          Capitol Siege Section
          United States Attorney's Office
          for the District of Columbia
          601 D Street N.W.
          Washington, DC 20530
          (202) 476-0319
          Anthony.Mariano2@usdoj.gov